IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**YANILA TURNER**  PLAINTIFF

v.  CASE NO. 4:22-CV-00117-BSM

**ARKANSAS DEPARTMENT OF
HUMAN SERVICES,** *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE